```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 18918
     REGINALD BURRELL
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
          Debtor
     SSN XXX-XX-0329


-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 10/12/2007 and was not confirmed.

     The case was dismissed without confirmation 01/31/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                          PAID         PAID
-----------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED VEHIC     6508.00           .00           .00
AMERICAN GENERAL FINANCE  UNSECURED        NOT FILED          .00           .00
ASSET ACCEPTANCE CORP     UNSECURED           86.06           .00           .00
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED          .00           .00
HSBC BANK NEVADA NA       UNSECURED         1696.92           .00           .00
HSBC BANK NEVADA NA       UNSECURED          913.73           .00           .00
ILLINOIS DEPT OF REVENUE  UNSECURED        NOT FILED          .00           .00
INTERNAL REVENUE SERVICE  UNSECURED        62979.70           .00           .00
LINEBARGER GOGGAN BLAIR   UNSECURED        NOT FILED          .00           .00
LVNV FUNDING              UNSECURED         2167.18           .00           .00
INTERNAL REVENUE SERVICE  PRIORITY          1890.32           .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY           .00                         .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

          Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS               DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                     ---------------        ---------------
TOTALS                       .00                      .00




               PAGE   1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 18918 REGINALD BURRELL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                              PAGE   2
        CASE NO. 07 B 18918 REGINALD BURRELL